# Arent Fox

Arent Fox LLP / Attorneys at Law
Los Angeles, CA / New York, NY / San Francisco, CA / Washington, DC
www.arentfox.com

## MEMO ENDORSED

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/2018
```

June 18, 2018

VIA ECF

Sara T. Schneider
Associate
415.757.5911 DIRECT
415.757.5501 FAX
sara.schneider@arentfox.com

Honorable Judge Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007
(212) 805-0284

Application granted. SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 19, 2018

Re:   *Carbine v. Lacoste USA, Inc.*, 1:18-cv-04442-RA

Dear Judge Abrams:

This firm represents Defendant Lacoste USA, Inc. ("Defendant") in the above-captioned matter. Pursuant to Local Rule 7.1(d), Defendant requests a 30-day extension of the time to respond, extending the deadline from June 19, 2018 to July 18, 2018. Plaintiff has agreed to the extension.

This request is made to allow the parties engage in good faith discussions regarding resolving this matter. This is the Defendant's first request for an extension of time, and it does not affect any other scheduled deadline or court appearance. We thank the Court for its consideration of this request.

Respectfully Submitted,

Sincerely,

/s/ Sara T. Schneider

Sara T. Schneider


Copy: Javier Merino, Esq. (via ECF)